**Order entered December 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00560-CR

**CLEZEL MONTAGUE MUGHNI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-75905-J**

## ORDER

The Court **REINSTATES** the appeal.

On December 4, 2015, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jennifer Balido; and (3) Ms. Balido needs an additional thirty days to file appellant's brief. We note the trial court made no findings regarding the reason for Ms. Balido's delay in filing appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, JANUARY 11, 2016**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will

utilize its available remedies, which may include ordering Jennifer Balido removed as counsel and ordering the trial court to appoint new counsel to represent appellant.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Jennifer Balido; and the Dallas County District Attorney's Office.

/s/    LANA MYERS
JUSTICE